```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:_____
DATE FILED: 8/13/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES OF AMERICA,         :
                                             :
            -against-                 :        17-CR-86 (VEC)
                                             :
   MICHAEL SCHLISSER,                :        <u>ORDER</u>
                                             :
                       Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on July 21, 2020, the Court denied Defendant's motion for compassionate release pursuant to 18 U.S.C. § 3582(c);

      WHEREAS the Government filed Defendant's Bureau of Prisons disciplinary records under seal; and

      WHEREAS court filings enjoy a presumption of public access under the Second Circuit's decision in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006);

      IT IS HEREBY ORDERED that the parties must show cause no later than **August 21, 2020**, why the Court should not unseal Defendant's disciplinary records.

**SO ORDERED.**

**Date: August 12, 2020**
      **New York, NY**

                                                       _____
                                                         **VALERIE CAPRONI**
                                                    **United States District Judge**